**Order entered April 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01579-CV

### DAVID BAGWELL, INDIVIDUALLY AND AS TRUSTEE OF THE DAVID S. BAGWELL TRUST, ET AL, Appellants

### V.

### BBVA COMPASS AND SAM MEADE, Appellees

**On Appeal from the
Culberson County, Texas
Trial Court Cause No. DC-14-00991**

## ORDER

We **GRANT** appellees' April 15, 2015 motion to extend time to file response briefs to the separately filed briefs of appellant Marilyn Garner and appellant David Bagwell and **ORDER** the briefs be filed no later than June 5, 2015.

/s/    CRAIG STODDART
       JUSTICE